

FILED
2019 SEP 17 P 1: 24
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 3:19cr162 |
| TRAVIS COFER | ) Judge: Reeves/Poplin |

## INDICTMENT

(Embezzlement by an Officer of a Labor Organization, 29 U.S.C. § 501(c))

The Grand Jury charges that, from on or about March 19, 2015, to on or about January 26, 2017, in the Eastern District of Tennessee, defendant TRAVIS COFER, being a duly elected officer of the Steelworkers AFL-CIO, Local 9-990 in Rockwood, Tennessee ("Local"), willfully embezzled approximately $12,432.50 belonging to the Local, in that the defendant TRAVIS COFER made unauthorized withdrawals from the Local's checking account and unauthorized purchases at Wal-Mart using money that belonged to the Local, all in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

███████████████

GRAND JURY FOREPERSON

J. Douglas Overbey
United States Attorney

By: *William A. Roach*

William A. Roach, Jr.
Assistant United States Attorney
Eastern District of Tennessee