# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:19-CR-00162 |
| | ) | REEVES/POPLIN |
| TRAVIS COFER | ) | |

## O R D E R

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) grant defendant's motion to withdraw his not guilty plea; (2) accept his plea of guilty to the charge in the Indictment; (3) adjudicate defendant guilty of the charge set forth in the Indictment, that is, embezzlement of union funds, in violation of 29 U.S.C. § 501(c); and (4) find defendant shall remain on bond with conditions of release until sentencing in this matter [Doc. 13]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 13] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea is **GRANTED.**

(2) His plea of guilty to the charge in the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charge set forth in the Indictment, that is, embezzlement of union funds, in violation of 29 U.S.C. § 501(c); and

(4)	Defendant shall remain on bond with conditions of release until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
**PAMELA L. REEVES
CHIEF UNITED STATES DISTRICT JUDGE**